TRU SE CONORTION                    WHISTLEBLOWER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert W. Johnson,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 6460 (LTS)

-against-

TUNECORE, et al.

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: committed Pro Se Corporation, Default Judgement, Jury Trial & Due Process Violations.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 08/01/2022

(date that judgment or order was entered on docket)

that: all parties including clerks and judges committed Pro Se Corporation Violations, Default Judgement Violations & Due Process Violations.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

08/02/2022              Robert W. Johnson
Dated                   Signature

Johnson, Robert W.
Name (Last, First, MI)

112 Court St., APT 2  ; Watertown, NY 13601
Address              City              State           Zip Code

9146558048
Telephone Number                E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

DEFAULT JUDGEMENT.                  SUBPOENA ALL APPELLEES

RECEIVED
SDNY PRO SE OFFICE
2022 SEP -7 AM 10: 12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert W. Johnson,
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 cv 6460 ( )( )

-against-

TUNECORE, et al.,
_____

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

08/02/2022
Date

Robert W. Johnson
Signature

Johnson, Robert, W.
Name (Last, First, MI)

112 Court St., APT 2    Watertown,  NY    13601
Address              City          State        Zip Code

914-655-8048
Telephone Number                     E-mail Address (if available)

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

RECEIVED
SDNY PRO SE OFFICE
2022 SEP -7 AM 10: 12

Johnson v. TUNECORE, et al.,  Appeal No. 22-CV-6460 (LTS)

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: Robert W. Johnson | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 08/02/2022 |

My issues on appeal are: (required): Pro Se Corporation Violations, Due Process Violations, Denials of Default Judgement, Denial of Jury Trial Demands, Denial of Copyrights Compensation

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |

- 1 -

12/01/2013 SCC

| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
|---|---|---|---|---|
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

- 2 -

4. *How much cash do you and your spouse have? $_____*

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A | N/A | Make and year: |
| | | Model: |
| | | Registration #: N/A |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | N/A | N/A |
| Model: | | |
| Registration #: | | |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☒ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ 0 |
|     Life: | $ 0 | $ 0 |
|     Health: | $ 0 | $ 0 |
|     Motor vehicle: | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes     ☒ No     If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ 0

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   I am a poor person with merits for pending actions.

12. *Identify the city and state of your legal residence.*

   City  Watertown                State  NY

   Your daytime phone number: 914 655 8048

   Your age: 38    Your years of schooling: some college

   Last four digits of your social-security number: 9909

- 6 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

TUNECARE, *et al.*,

                Defendants.

22-CV-6460 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 10, 2020, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Johnson v. Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Plaintiff filed this new *pro se* action with an incomplete request to proceed IFP.[1] Plaintiff has not, however, sought leave to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's July 10, 2020, order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   August 1, 2022
         New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge

---

[1] The IFP application attached to Plaintiff's complaint is missing page 2. (ECF No. 1 at 113.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON, <br><br> Plaintiff, <br><br> -against- <br><br> TUNECORE, ITUNES, APPLE MUSIC, ET AL, <br><br> Defendants. | 22-CV-6460 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the August 1, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 1, 2022
        New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Notice of Appeal & IFP Application on 08/02/2022 upon;

1. Court Clerk; U.S. Courts; 500 Pearl St.; New York, NY 10007.

2. Dept. of Justice; 950 Pennsylvania Ave.; NW Washington, DC 20530-0001.

Robert W. Johnson
Robert W. Johnson

08/02/2022



ROBERT W. JOHNSON
112 COURT ST. APT. 2
WATERTOWN, NY 13601

COURT CLERK : U.S. COURTS
500 PEARL ST.
NEW YORK, NY 10007

RECEIVED
SEP 06 2022
CLERK'S OFFICE
S.D.N.Y.

U.S. POSTAGE PAID
FCM LG ENV
CANTON, OH
AUG 30, 22
AMOUNT
$1.08

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22−cv−06460−LTS

Johnson v. Tunecore et al  
Assigned to: Judge Laura Taylor Swain  
Cause: 17:101 Copyright Infringement

Date Filed: 07/29/2022  
Date Terminated: 08/01/2022  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Robert W. Johnson**     represented by    **Robert W. Johnson**  
112 Court St.  
Apt. 2  
Watertown, NY 13601  
PRO SE

V.

**Defendant**

**Tunecore**

**Defendant**

**iTunes**

**Defendant**

**Apple Music**

**Defendant**

**Spotify**

**Defendant**

**Tidal**

**Defendant**

**Youtube Music**

**Defendant**

**Amazon Music**

**Defendant**

**Deezer**

**Defendant**

**Naptster**

**Defendant**

**Music Times**

**Defendant**

**iHeart Radio**

**Defendant**

**MediaNet**

**Defendant**

VerveLife

**Defendant**

Gracenote

**Defendant**

Shazam

**Defendant**

7digital

**Defendant**

KKBox

**Defendant**

Anghami

**Defendant**

Spinlet

**Defendant**

Yandex Music

**Defendant**

Claromusica

**Defendant**

Zvooq

**Defendant**

JioSaavn

**Defendant**

Q.SIC

**Defendant**

Kuack

**Defendant**

Pandora

**Defendant**

Boomplay Music

**Defendant**

PlayNetwork

**Defendant**

TouchTunes

**Defendant**

Music Island

**Defendant**

Tencent

**Defendant**

TikTok

**Defendant**

Joox

**Defendant**

NetEase Cloud Music

**Defendant**

Timmusic

**Defendant**

Soundtrack Your Brand

**Defendant**

Boom

**Defendant**

Zedt

**Defendant**

Amuse Platform

**Defendant**

Resso

**Defendant**

Gaana

**Defendant**

Hungama Music

**Defendant**

Wynk

**Defendant**

Thriller

**Defendant**

Qobuz

**Defendant**

Peloton Music

**Defendant**

Douyin

**Defendant**

Ayoba

**Defendant**

snapchat

**Defendant**

Russia

**Defendant**

China

**Defendant**

United Kingdom

**Defendant**

Bandzoogle

**Defendant**

SoundScan

**Defendant**

Facebook

**Defendant**

Google Play

**Defendant**

Twitter

**Defendant**

Twitter

**Defendant**

Instagram

**Defendant**

Jango

**Defendant**

Hearnow

**Defendant**

Gate.fm

**Defendant**

SoundCloud

**Defendant**

Radio Airplay

**Defendant**

CD Baby

**Defendant**

Simply Barcodes

**Defendant**

Soundbyte

**Defendant**

SoundEchange

**Defendant**

ISRC Data

**Defendant**

Digital Radio Report

**Defendant**

RIAA

**Defendant**

U.S. Trade

**Defendant**

Fair Trade of Music

**Defendant**

Robert E. Lighthizer

**Defendant**

ISWC

**Defendant**

NIVA

**Defendant**

Save our Stages Act

**Defendant**

Michael Huppe

**Defendant**

Twitch

**Defendant**

UPC Codes

**Defendant**

IFPL

**Defendant**

ISRC Registrar

**Defendant**

Avast

**Defendant**

Zac P.

**Defendant**

Marcelo Silva

**Defendant**

Behind The Streams

**Defendant**

Spotify for Artists

**Defendant**

ArtistPR

**Defendant**

Sound Cloud Global Limited & Co. KG

**Defendant**

TuneCore, Inc

**Defendant**

Publishing Administration Services

**Defendant**

Corer Terms & Supplemental Terms of TuneCore

**Defendant**

TuneCore Publishing

**Defendant**

Pro:ASCAP: CAE: 369964886, ISRC# TCAEW2059645

**Defendant**

UPC: 051497177294

**Defendant**

Amazon Unlimited

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2022 | 1 | COMPLAINT against 7digital, Amazon Music, Amazon Unlimited, Amuse Platform, Anghami, Apple Music, ArtistPR, Avast, Ayoba, Bandzoogle, Behind The Streams, Boom, Boomplay Music, CD Baby, China, Claromusica, Corer Terms & Supplemental Terms of TuneCore, Deezer, Digital Radio Report, Douyin, Facebook, Fair Trade of Music, Gaana, Gate.fm, Google Play, Gracenote, Hearnow, Hungama Music, Michael Huppe, IFPL, ISRC Data, ISRC Registrar, ISWC, Instagram, Jango, JioSaavn, Joox, KKBox, Kuack, Robert E. Lighthizer, MediaNet, Music Island, Music Times, NIVA, Naptster, NetEase Cloud Music, Pandora, Peloton Music, PlayNetwork, Pro:ASCAP: CAE: 369964886, ISRC# TCAEW2059645, Publishing Administration Services, Q.SIC, Qobuz, RIAA, Radio Airplay, Resso, Russia, Save our Stages Act, Shazam, Marcelo Silva, Simply Barcodes, Sound Cloud Global Limited & Co. KG, SoundCloud, SoundEchange, SoundScan, Soundbyte, Soundtrack Your Brand, Spinlet, Spotify, Spotify for Artists, Tencent, Thriller, Tidal, TikTok, Timmusic, TouchTunes, TuneCore Publishing, TuneCore, Inc, Tunecore, Twitch, Twitter, U.S. Trade, UPC Codes, UPC: 051497177294, United Kingdom, VerveLife, Wynk, Yandex Music, Youtube Music, Zac P., Zedt, Zvooq, iHeart Radio, iTunes, snapchat. Document filed |

| | | |
|---|---|---|
| | | by Robert W. Johnson..(rdz) (Entered: 07/29/2022) |
| 07/29/2022 | | Case Designated ECF. (rdz) (Entered: 07/29/2022) |
| 07/31/2022 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 07/31/2022) |
| 08/01/2022 | 2 | ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651: On July 10, 2020, Plaintiff was barred from filing any new civil action in this court in forma pauperis ("IFP") without first obtaining from the court leave to file. See Johnson v. Wolfe, ECF 1:19–CV–7337, 8 (S.D.N.Y. July 10, 2020), appeal dismissed, No. 21–299 (2d Cir. July 15, 2021). Plaintiff filed this new pro se action with an incomplete request to proceed IFP.1 Plaintiff has not, however, sought leave to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's July 10, 2020, order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).The Clerk of Court is directed to enter judgment in this case. SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/1/22) (rdz) (Entered: 08/02/2022) |
| 08/01/2022 | 3 | CIVIL JUDGMENT: For the reasons stated in the August 1, 2022, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/1/22) (Attachments: # 1 PRO SE APPEAL PACKAGE) (rdz) (Entered: 08/02/2022) |
| 08/03/2022 | | MAILING RECEIPT: Document No: 2–3. Mailed to: Robert W. Johnson 112 Court St. Apt. 2 Watertown, NY 13601. Mailed: (Attachments: # 1 PRO SE APPEAL PACKAGE) (dsh) (Entered: 08/03/2022) |
| 09/06/2022 | 4 | NOTICE OF APPEAL from 2 Order of Dismissal. Document filed by Robert W. Johnson. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 09/13/2022) |
| 09/06/2022 | | Appeal Fee Due: for 4 Notice of Appeal. Appeal fee due by 9/20/2022. (tp) (Entered: 09/13/2022) |
| 09/07/2022 | | Appeal Remark as to 4 Notice of Appeal filed by Robert W. Johnson. IFP Denied 08/01/2022. (tp) (Entered: 09/13/2022) |
| 09/13/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 09/13/2022) |
| 09/13/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 4 Notice of Appeal filed by Robert W. Johnson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/13/2022) |